■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELBY BANCHS-RIVERA, Appellant. [648 NYS2d 373] —Judgment unanimously affirmed. Memorandum: By failing to make any requests to charge or to object to the charge as given, defendant failed to preserve for our review his present argument

that County Court's charge concerning constructive possession was inadequate (see, CPL 470.05 [2]; *People v Autry,* 75 NY2d 836, 839; *People v Thomas,* 50 NY2d 467, 471), and we decline to exercise our power to review that argument as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [a]). (Appeal from Judgment of Monroe County Court, Egan, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ.